FOURTH DEPARTMENT, SEPTEMBER, 1939.
(September 27, 1939.)

In the Matter of the Probate of the Last Will and Testament of MINNIE BRADY LAWLER, Deceased.— Decree reversed on the law and new trial granted, with costs to the appellants to abide the event. Memorandum: We believe the surrogate erroneously granted the proponents' motion to limit the issues to be determined by the jury. (*Matter of Mackenzie*, 272 N. Y. 403.) Chapter 613 of the Laws of 1937, which amended section 463 of the Civil Practice Act, was designed to effect a statutory change in the rule of the *Mackenzie Case* (*supra*). The statutory change thus made, however, applies only in the event a jury fails to agree upon a verdict, not to the situation with which this appeal is concerned where the decree reversed (253 App. Div. 120) was entered upon a jury's verdict. (See, also, *Matter of Gallo*, 252 App. Div. 861, decided after the effective date of the statutory amendment mentioned above.) All concur. (The decree admits a will to probate.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

WILLIAM CRAMER and AARON WEINSTEIN, Respondents, v. ABRAHAM N. COHN and MARY COHN, Appellants.— Order affirmed, with ten dollars costs and disbursements. Memorandum: We disregard the convenience of six of defendants' proposed witnesses who, according to defendants' affidavits filed in support of the motion, will testify as experts. (*Seafir* v. *Shutts*, 190 App. Div. 518; *Quinn* v. *Brooklyn Heights R. R. Co.*, 88 id. 57, 59.) The defendants have failed to establish that the convenience of a greater number of material witnesses and the ends of justice will be promoted by the change of venue sought. All concur. (The order denies a motion for change of venue. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GUY C. MARKS, Appellant, v. THE CITY OF BUFFALO and Others, Respondents.— Order modified on the facts so as to provide that the order is granted as a matter of discretion and as so modified affirmed, without costs of this appeal to either party. All concur. (The order grants the motion of defendant City of Buffalo for permission to serve an amended answer.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ELSIE RONEKER, Respondent, v. ANNA RONEKER, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The first order denies a motion for an order directing the taking of testimony before a referee after trial and determination of an action to set aside a deed. The second order resettles the first order.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.